THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRELL MARSHALL, #ND6745, | : |
| | : CIVIL ACTION NO. 3:20-CV-489 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Saporito) |
| | : |
| NELSON ANTHONY IANNUZZI, et al., | : |
| | : |
| Defendants. | : |

FILED
SCRANTON
FEB 0 9 2022
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 9th DAY OF FEBRUARY 2022, upon consideration of Magistrate Judge Joseph Saporito's Report and Recommendation ("R&R") (Doc. 57) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 57) is **ADOPTED** for the reasons set forth therein;

2. Defendants' motion for summary judgment (Doc. 40) is **GRANTED**;

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and against Plaintiff on all claims;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge