IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Terrell Marshall,** | : | No.   3:20-cv-00489-RDM |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Nelson Anthony Iannuzzi and** | : | |
| **Huresh Pandya,** | : | |
| **Defendants** | : | |
| | : | |

## **JUDGMENT**

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendants, Nelson Anthony Iannuzzi and Huresh Pandya, and against Plaintiff, Terrell Marshall.

**Dated:   February 9, 2022**                         **Peter J. Welsh**
                                                                          Clerk of Court

                                                                          by s/ Ed Petroski
                                                                          Deputy Clerk